**POS-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Christina M. Coleman (SBN 192578)
Law Offices of Christina M. Coleman
5514 Wilshire Blvd, Floor 1
Los Angeles, CA 90036
TELEPHONE NO.: (323) 592-3605 FAX NO. *(Optional):* (323) 843-1715
E-MAIL ADDRESS *(Optional):* christina@christinacolemanlaw.com
ATTORNEY FOR *(Name):* Plaintiff Michael Protack

*FOR COURT USE ONLY*

United States District Court
STREET ADDRESS: Central District of California / Southern Division
MAILING ADDRESS:
CITY AND ZIP CODE: 411 West 4th Street,
BRANCH NAME: Santa Ana, CA 92701-4516

PLAINTIFF/PETITIONER: MICHAEL PROTACK

DEFENDANT/RESPONDENT: DELTA AIR LINES, INC.

CASE NUMBER: 8:18-cv-01478-AG (JDEx)

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package [Notice to Parties of Court-Directed ADR Program]
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Certification and Notice of Interested Parties; Notice of Assignment to United States Judges
3. a. Party served *(specify name of party as shown on documents served):*
   JIM GRAHAM, an individual

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
4. Address where the party was served:
   Delta Air Lines, Inc., 1030 Delta Blvd., Atlanta, GA 30354
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: MICHAEL PROTACK<br>DEFENDANT/RESPONDENT: DELTA AIR LINES, INC. | CASE NUMBER:<br>8:18-cv-01478-AG (JDEx) |
|---|---|

5. c. ☑ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):* August 23, 2018 (2) from *(city):* Los Angeles
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☑ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)
   ☐ 416.20 (defunct corporation)
   ☐ 416.30 (joint stock company/association)
   ☐ 416.40 (association or partnership)
   ☐ 416.50 (public entity)
   ☐ 415.95 (business organization, form unknown)
   ☐ 416.60 (minor)
   ☐ 416.70 (ward or conservatee)
   ☐ 416.90 (authorized person)
   ☐ 415.46 (occupant)
   ☐ other:

7. **Person who served papers**
   a. Name: Christina M. Coleman, Esq. / Law Offices of Christina M. Coleman, APC
   b. Address: 5514 Wilshire Blvd., Floor 1, Los Angeles, CA 90036
   c. Telephone number: (323) 592-3605
   d. **The fee** for service was: $ 9.42
   e. I am:
   (1) ☐ not a registered California process server.
   (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ a registered California process server:
   (i) ☐ owner ☐ employee ☐ independent contractor.
   (ii) Registration No.:
   (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: September 6, 2018

Christina M. Coleman
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE )

File No. 135

FOLD OVER TOP OF ENVELOPE

FOLD OVER TOP OF ENVELOPE

**USPS CERTIFIED MAIL™**

LAW OFFICES OF CHRISTINA M. COLEMA
5514 WILSHIRE BLVD FL 1
LOS ANGELES CA 90036-3829

US POSTAGE AND FEES PAID
**FIRST-CLASS**
Aug 23 2018
Mailed from ZIP 90036
13 oz First-Class Mail Flats Rate

071S00777793

endicia.com

**USPS CERTIFIED MAIL**

**9414 8108 9876 5017 0385 62**

Jim Graham Vice President - Flying Operations
Delta Air Lines Inc.
1030 DELTA BLVD
ATLANTA GA 30354-1989

UNITED STATES POSTAL SERVICE

August 28, 2018

Dear Reference File No 135:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8108 9876 5017 0385 62**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, To Mail Room |
| **Status Date / Time:** | August 27, 2018, 11:26 am |
| **Location:** | ATLANTA, GA 30354 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | Delta Air Lines Inc |

## Shipment Details

| | |
|---|---|
| **Weight:** | 13.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | [illegible] |
| Address of Recipient: | [illegible] |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Certified Mail Electronic Delivery Confirmation™

USPS CERTIFIED MAIL™

LAW OFFICES OF CHRISTINA M. COLEMA
5514 WILSHIRE BLVD FL 1
LOS ANGELES CA 90036-3829

US POSTAGE AND FEES PAID
FIRST-CLASS
Aug 23 2018
Mailed from ZIP 90036
13 oz First-Class Mail Flats Rate

endicia.com
071S00777793

USPS CERTIFIED MAIL

9414 8108 9876 5017 0385 62

Jim Graham Vice President - Flying Operations
Delta Air Lines Inc.
1030 DELTA BLVD
ATLANTA GA 30354-1989

| | |
|---|---|
| Reference | File No. 135 |
| USPS # | 9414810898765017038562 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item has been delivered to the mail room at 11:26 am on August 27, 2018 in ATLANTA, GA 30354. |
| USPS History | Arrived at Unit, August 27, 2018, 8:54 am, ATLANTA, GA 30354<br>Departed USPS Regional Destination Facility, 08/26/2018, 7:39 pm, ATLANTA GA DISTRIBUTION CENTER<br>In Transit to Next Facility, 08/26/2018<br>Arrived at USPS Regional Destination Facility, 08/25/2018, 9:49 am, ATLANTA GA DISTRIBUTION CENTER<br>In Transit to Next Facility, 08/24/2018<br>Arrived at USPS Regional Origin Facility, 08/23/2018, 9:13 pm, LOS ANGELES CA DISTRIBUTION CENTER<br>Accepted at USPS Origin Facility, August 23, 2018, 7:58 pm, LOS ANGELES, CA 90036<br>Shipping Label Created, USPS Awaiting Item, August 23, 2018, 12:19 pm, LOS ANGELES, CA 90036 |

**Electronic Delivery Confirmation Report © 2018 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2018** Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com

**Date Verified: 08/28/2018 (UTC)**